ALBERT K. BUHL, Respondent, v. JEROME F. COLLINS and Others, Defendants. OTIS W. ROWE and Another, Appellants.— Order denying motion for judgment dismissing the " first," " second," " third " and " fourth " causes of action, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Seeger, JJ., concur.

COUNTY OF WESTCHESTER, etc., Respondent, v. ANTHONY S. RENZA and ANNA F. RENZA, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Lazansky, Hagarty, Seeger and Carswell, JJ.

PETER B. CROGHAN and Others, Respondents, v. DAVID STAMBLER and Others, Appellants.— Order granting motion for injunction *pendente lite* modified by striking therefrom the provision restraining defendant Stambler from erecting upon his property structures for business purposes, and as so modified affirmed, with costs to defendant Stambler. The property of defendant Stambler is not subject to the restrictions contained in the prior deeds of record, and as to his property the resolution of the board of estimate and apportionment, dated July 18, 1927,* is valid. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

MARY CURRAN, as Administratrix, etc., of MICHAEL CURRAN, Deceased, Respondent, v. WALTER C. GUILDER and Others, Defendants, and DAVID D. PROVAN, Appellant.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

LOUIS DESCHENES and Another, Appellants, v. FRANCIS J. N. TALLMAN and Another, Respondents.— Order denying plaintiffs' motion to dismiss counterclaim and grant judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Rich, Kapper, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents.

DOMENICK DI GENNARO, Appellant, v. COMMONWEALTH AND DOMINION LINE, LTD., Respondent.— Order and judgment reversed upon the law and the facts, with costs, and verdict in favor of plaintiff reinstated. (*McGovern* v. *C. V. R. R. Co.*, 123 N. Y. 280, 286, 287; *Henry* v. *Hudson & Manhattan R. R. Co.*, 201 id. 140, 142.) Rich, Seeger and Carswell, JJ., concur; Lazansky, P. J., concurs in result; Kapper, J., dissents and votes to affirm upon authority of *Perry* v. *Rogers* (157 N. Y. 251).

MYER EFROS and ADOLPH M. WEISS, Copartners, etc., Respondents, v. AUGUSTUS L. REYNOLDS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

ELMHURST LUMBER & TRIM CO., INC., Respondent, v. EDITH CONSTRUCTION CO., INC., and Others, Appellants.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Seeger, JJ.

* Resolution adopted July 28, 1927, amdg. Building Zone Resolution of City of New York.— [REP.